

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Luis Antonio RAMOS Montiel <br><br> Defendant. | Magistrate Case No.: **'08 MJ 8387** <br><br> COMPLAINT FOR VIOLATION OF <br><br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about May 07, 2008, within the Southern District of California, defendant Luis Antonio RAMOS Montiel did knowingly and intentionally import approximately 21.70 kilograms (47.74 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Hugo A. Leon*

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th, DAY OF MAY 2008.

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Luis Antonio RAMOS Montiel

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On May 07, 2008, at approximately 1520 hours, Luis Antonio RAMOS Montiel entered the United States at the Calexico, California East Port of Entry (POE). RAMOS was the driver and sole occupant of a 1972 Volkswagen Bettle with California license plate number 6CVV292.

Customs and Border Protection Officer (CBPO) K. Caldera was manning primary vehicle lane one (1) when an orange Volkswagen Beetle entered his lane for inspection. The driver of the vehicle, Luis Antonio RAMOS Montiel, presented a border crossing card as his entry document. CBPO K. Caldera noted that the driver was a border crosser and also had a California license plate on the vehicle. CBPO K. Caldera also noticed that the screws holding the license plate in place were new.

CBPO K. Caldera received a negative Custom's declaration from RAMOS. CBPO K. Caldera asked RAMOS where he was going and RAMOS responded "Nada" or nothing in Spanish. RAMOS then stuttered that he was going to "Wal-Mart." CBPO K. Caldera noticed that RAMOS' hands were trembling as he was holding his border crossing card. CBPO K. Caldera asked RAMOS who the vehicle belonged to, and after a long pause, RAMOS responded that the vehicle was his aunt's vehicle. CBPO K. Caldera escorted the vehicle to the vehicle secondary lot for a more intensive inspection of the vehicle.

In the vehicle secondary lot, CBPO R. Montgomery was handed the referral for the Volkswagen. CBPO R. Montgomery requested that Customs and Border Protection Canine Officer (CEO) E. Smura utilize his Human-Narcotics Detector Dog (HNDD) on the vehicle. As CEO E. Smura's HNDD was reviewing the vehicle, CBPO R.

Montgomery received a negative Custom's declaration from RAMOS. RAMOS stated to CBPO R. Montgomery that he was going to "Wal-Mart" in Calexico and that the vehicle was his mother's vehicle. CBPO R. Montgomery noticed that as RAMOS spoke to him he was shifting his weight back and forth, and speaking very rapidly. CEO E. Smura notified CBPO R. Montgomery of his HNDD's positive alert to the vehicle.

CBPO R. Montgomery upon further inspection of the vehicle discovered a compartment behind the back seat of the vehicle. A hole was drilled into the compartment and a green, leafy substance was extracted that field tested positive for marijuana, a Schedule I Controlled Substance. Upon further inspection of the vehicle ten (10) packages were discovered in the compartment behind the back seat. The total weight of the packages was 21.70 kilograms (47.74 pounds).

Special Agent (SA) Brandon Wood placed RAMOS under arrest for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. RAMOS was advised of his Constitutional Rights, per Miranda, which he acknowledged and waived.

RAMOS admitted knowledge that a controlled substance was concealed within the vehicle. RAMOS stated to SA Wood that the smuggling organization was going to pay him $800- $1000 to smuggle the controlled substance into the United States and drop it off at a local Wal-Mart. RAMOS was processed, booked, and transported to Imperial County Jail.