

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR1838-JLS |
| Plaintiff, | )<br>) | I N F O R M A T I O N |
| v. | )<br>) | Title 21, U.S.C., Secs. 952 and<br>960 - Importation of Marijuana |
| LUIS ANTONIO RAMOS-MONTIEL, | )<br>) | (Felony) |
| Defendant. | )<br>) | |

The United States Attorney charges:

On or about May 7, 2008, within the Southern District of California, defendant LUIS ANTONIO RAMOS-MONTIEL, did knowingly and intentionally import approximately 21.70 kilograms (47.74 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  June 5, 2008 .

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:Imperial
6/5/08