AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| LUIS ANTONIO RAMOS-MONTIEL | CASE NUMBER: 08CR1838-JLS |

I, <u>LUIS ANTONIO RAMOS-MONTIEL</u>, the above named defendant, who is accused of

committing the following offense:

> Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  6/5/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Antonio Montiel_
Defendant

_____
Counsel for Defendant

Before _Antonio Montiel_
Judicial Officer